**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0090-WJM-MJW

MICROSOFT CORPORATION, a Washington corporation,

      Plaintiff,

v.

NETWORK SYSTEMS RESELLERS, LLC, a Colorado limited liability company d/b/a
ITLIQUADATORS.COM

      Defendant.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT

---

      This matter comes before the Court on the Parties' Stipulation for Dismissal of Defendant, filed June 18, 2014 (ECF No. 27).  The Court having reviewed the Stipulation hereby ORDERS as follows:

      The Parties' Stipulation for Dismissal of Defendant is GRANTED.  Defendant Network Systems Resellers, LLC, a Colorado limited liability company d/b/a ITLiquidators.com is hereby DISMISSED WITH PREJUDICE.  Each party shall pay its own attorney's fees and costs.  The Court shall retain jurisdiction to enforce the Permanent Injunction, if necessary.  The Clerk shall close the case.

Dated this 20th day of June, 2014.

BY THE COURT:

_____

William J. Martínez
United States District Judge